UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-60949-BLOOM/Valle

FRESH RESULTS, LLC,
*a Delaware limited liability company*,

        Plaintiff,

v.

ASF HOLLAND, B.V., *a Dutch corporation*,

        Defendant.

                                        /

## ORDER

**THIS CAUSE** came before the Court on Defendant ASF Holland, B.V.'s Motion for a Stay of Discovery Pending Resolution of Its Dispositve Motion to Dismiss ("Stay Motion"), ECF No. [57], filed December 21, 2017.  In the Stay Motion, Defendant requests that the Court enter an Order staying discovery pending resolution of its Motion to Dismiss Second Amended Complaint, which seeks dismissal on the grounds of forum non conveniens and failure to state a claim. *See* ECF No. [46] ("Motion to Dismiss").  For the reasons set for the below, Defendant's Stay Motion is **GRANTED.**

Plaintiff filed its Second Amended Complaint, ECF No. [37], on October 10, 2017. Defendant filed its Motion to Dismiss, ECF No. [46], on November 10, 2017.  Plaintiff opposes the motion, ECF No.[50], and Defendant replied, ECF No. [51].  As of December 11, 2017, Defendant's Motion to Dismiss is now ripe.  On December, 21, 2017 Defendant filed this Stay Motion.

Case No. 17-cv-60949-BLOOM/Valle

Defendant moves to dismiss the Second Amended Complaint based on forum non convienes, and, in the alternative, failure to state a claim.  EC No. [46] at 1.  Under both Federal Rule of Civil Procedure 26 and the law of this Circuit, the Court "has broad discretion to stay discovery pending decision on a dispositive motion," which necessarily includes Defendant's instant Motion to Dismiss.  *Panola Land Buyers Ass'n v. Shuman*, 762 F.2d 1550, 1560 (11th Cir. 1985); *Foster v. Sun Int'l Hotels, Ltd.*, No. 01-01290-CIV-KING, 2002 WL 34576251, at *1 (S.D. Fla. Feb. 5, 2002), aff'd sub nom. *Foster v. Sun Int'l*, 54 F. App'x 691 (11th Cir. 2002)).

The Court has taken a "preliminary peek" at Defendant's Motion to Dismiss.  *Pereira v. Regions Bank*, 6:12-CV-1383-ORL-22, 2012 WL 5448191, at *1 (M.D. Fla. Nov. 7, 2012) "[B]alance[ing] the harm produced by a delay in discovery against the possibility that the motion will be granted and entirely eliminate the need for such discovery," (*Berry v. Canady*, No. 2:09-CV-765-FTM-29, 2011 WL 806230, at *1 (M.D. Fla. Mar. 2, 2011), the Court finds that a stay is appropriate.  Under the particular circmstances present here, the high burden on foreign Defendant ASF Holland to engage in discovery during the pendency of its Motion to Dismiss that seeks dismissal on, *inter alia*, forum non convienes grounds outweighs the potential harm to Plaintiff for any discovery delay.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion for Stay of Discovery Pending Resolution of Its Dispositive Motion to Dismiss, **ECF No. [57]**, is **GRANTED**.

2. All discovery, **including scheduled deadlines and hearings,** shall be **STAYED,** pending resolution of Defendant's Motion to Dismiss [46].

3. If resolution of the Motion to Dismiss, ECF No. [46], does not dispose of all claims before the Court, the stay is automatically lifted..

2

Case No. 17-cv-60949-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of December, 2017.

BETH BLOOM
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

3